Jerry W. Groves, a Minor, by Rachel Groves, His Mother and Next Friend, Plaintiffs-Appellees, v. John J. Mohan, Defendant-Appellant, Third-Party Complainant.

John J. Mohan, Defendant-Appellant, Third-Party Complainant, v. Louis Groves, Third-Party Defendant-Appellee.

Gen. No. 11,412.

Second District, Second Division.

July 22, 1960.

 Richard
A. Mohan, of Streator, for appellant; Frederick W. Irion, of Ottawa, for appellee. Opinion by JUSTICE SPIVEY. Not to be published in full.